162

William Keltz, Jr., Minor, by William Keltz, His Next Friend, Appellee, v. Frank C. Nicodemus, Jr., Receiver, et al., Appellants.
Robert Keltz, Minor, by William Keltz, His Next Friend, Appellee, v. Frank C. Nicodemus, Jr., Receiver, et al., Appellants.
William Keltz, Appellee, v. Frank C. Nicodemus, Jr., Receiver, et al., Appellants.

Gen. No. 9,481. (Abstract of Decision.)

Heard in this court at February term, 1940; opinion filed April 6, 1940; rehearing denied May 9, 1940. Donovan, Bray & Gray, for appellants; Barr & Barr, for appellees. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''